IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MELISSA DAVIS,

   Plaintiff,

  v.

CITY OF ATLANTA, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:16-CV-2037-TWT

**ORDER**

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 30] of the Magistrate Judge recommending granting in part and denying in part the Defendants' Motion to Dismiss [Doc. 20]. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion to Dismiss [Doc. 20] is GRANTED in part and DENIED in part. The Plaintiff's Motion to Amend [Doc. 23] is DENIED.

SO ORDERED, this 11 day of April, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge